# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GEORGE IBRAHIM, | ) |
| Plaintiff, | ) |
| v. | ) No. 11-cv-81036 |
| BUDZIK & DYNIA, LLC | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, GEORGE IBRAHIM, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By:  /s/ Shireen Hormozdi
Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Phone:  (323) 988-2400 ext. 267
Fax:    (866) 802-0021
Attorney for Plaintiff
FBN: 0882461

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to the following email for Attorney Terry Fogarty:

tfogarty@b-dlawfirm.com

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff